STATE OF NORTH CAROLINA v. BILLY PARKER

No. 757SC165

(Filed 7 May 1975)

ON *certiorari* to review proceedings before *Rouse, Judge.* Judgments entered 25 February 1974 in Superior Court, EDGECOMBE County. Heard in the Court of Appeals 17 April 1975.

*Attorney General Edmisten, by Associate Attorney Robert P. Gruber, for the State.*

*Howard S. Boney, Jr., for defendant appellant.*

BRITT, PARKER and VAUGHN, Judges.

No error.